Sean P. Nalty (SBN 121253)
sean.nalty@ogletreedeakins.com
Shivani Nanda (SBN 253891)
shivani.nanda@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
SUN LIFE AND HEALTH INSURANCE COMPANY

Glenn R. Kantor (SBN 122643)
gkantor@kantorlaw.net
Andrew M. Kantor (SBN 303093)
akantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: 818.886.2525
Facsimile: 818.350.6272

Attorneys for Plaintiff
DALE HOLMGREN

**GRANTED**

Judge Yvonne Gonzalez Rogers

6/27/2017

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE HOLMGREN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUN LIFE AND HEALTH INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 4:17-cv-03028-YGR<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed: May 25, 2017<br>Trial Date: None |

Plaintiff Dale Holmgren and defendant Sun Life and Health Insurance Company hereby stipulate as follows:

**STIPULATION**

Defendant was served with the complaint in this matter ("the Complaint") on June 1, 2017, with a response date of June 22, 2017. Plaintiff's counsel has agreed that Defendant can have three additional weeks to respond to the Complaint.

Accordingly, pursuant to this Stipulation, Defendant now has until July 13, 2017 to respond to the Complaint. This extension does not extend the time to respond to the Complaint beyond 30 days from the date of that the initial response was due.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: June 20, 2017  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Shivani Nanda*
       Shivani Nanda

Attorneys for Defendant
SUN LIFE AND HEALTH INSURANCE COMPANY

DATED: June 20, 2017  KANTOR & KANTOR, LLP

By: */s/ Glenn R. Kantor*
       Glenn R. Kantor

Attorneys for Plaintiff
DALE HOLMGREN

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(1), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Dated: June 20, 2017.          By:    /s/ *Shivani Nanda*
                                                 Shivani Nanda

                                      Attorneys for Defendant
                                      HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

26120760.1