UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DALE HOLMGREN,

    Plaintiff,

    v.

SUN LIFE AND HEALTH INSURANCE COMPANY,

    Defendant.

Case No. 17-cv-03028-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, January 22, 2018 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | December 27, 2017 |
| NON-EXPERT DISCOVERY CUTOFF: | December 29, 2017 |
| CROSS-MOTIONS FOR SUMMARY JUDGMENT MOTIONS TO BE HEARD BY: | May 15, 2018 |
| PLAINTIFF OPENING BRIEF filed: | FEBRUARY 27, 2018 |
| DEFENSE OPPOSITION TO MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT filed: | MARCH 20, 2018 |
| PLAINTIFF REPLY TO MOTION AND OPPOSITION TO DEFENDANT'S CROSS-MOTION filed: | APRIL 10, 2018 |
| DEFENDANT'S REPLY TO OWN CROSS-MOTION filed: | APRIL 24, 2018 |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: September 22, 2017

                        _____
                        YVONNE GONZALEZ ROGERS
                        United States District Court Judge